No. 78–1524.  JACKSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1535.  BROWARD *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78–1536.  HART ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1550.  THOMAS *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 78–1552.  COHRAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1555.  MUNIZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78–1578.  LOSEGO ET AL. *v.* GUERNSEY COUNTY BOARD OF EDUCATION ET AL.  Ct. App. Ohio, Guernsey County.  Certiorari denied.

No. 78–1592.  SHARON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 78–1593.  HINCHMAN *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 78–1619.  MOSHER *v.* SAALFELD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 78–1621.  VESCO *v.* INTERNATIONAL CONTROLS CORP.  C. A. 2d Cir.  Certiorari denied.

No. 78–1622.  HIGHSAW *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.